**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

UNITED STATES OF AMERICA

-vs-                                                                                  Case No.:  2:10-cr-38-FtM-29SPC

HASSAN MOUHMED ABU-KHDEIR

_____

**ORDER**

This matter comes before the Court on a Petition for an Order to Show Cause (Doc. #62) and a Motion to Withdraw as Attorney (Doc. #64) filed on March 1, 2011.  The Court held a hearing on March 8, 2011, to address both pending issues.  The Defendant was represented by Ronald Marzullo, Esq., Court appointed Counsel for the Defendant. The Government was represented by Jeffrey Michelland, Assistant United States Attorney.  The Defense withdrew the Motion to Withdraw (Doc. #64) indicating the differences between Counsel and the Defendant have been resolved and they have met several times to discuss sentencing in this matter.   Thus, the Motion to Withdraw shall be terminated and the Court will proceed to address the Petition. (Doc. #62).

The Petition for an Order to Show Cause (Doc. #62) was filed by Pretrial Services requesting a hearing be scheduled to show cause as to why the Defendant's bond should not be revoked or modified.  As grounds, Pretrial Services advised the Defendant's original bond indicated he was to refrain from excessive consumption of alcohol and to report any contact with law enforcement. However,  the Defendant was arrested on February 10, 2011, by the Sarasota County Sheriff's Office for Driving Under the Influence and Driving on an Expired License over 4 months.

The Government did not move for detention of the Defendant.  The Government argued a more strict imposition of conditions would be appropriate in this case.  Defense Counsel did not

object.  Having heard the arguments of Counsel and considering the report and recommendations of Pretrial Services, the Court finds the Defendant's conditions of release shall be modified and additional conditions of release shall be imposed as outlined below.

Accordingly, it is now

**ORDERED:**

(1)     The Defendant shall be restricted to his residence every day from **7 am to 7 pm** or as directed by the Pretrial Services Office.

(2)     The Defendant shall refrain from driving or operating a motor vehicle until such time as he is legally allowed to do so by producing a valid Florida driver's license. .

**DONE AND ORDERED** at Fort Myers, Florida, this ___9th___ day of March, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record